Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:     (949) 502-2870

*Attorneys for Plaintiff, Network Signatures, Inc.*

Stuart Shanus (SBN 188046)
sshanus@reedsmith.com
Katherine W. Insogna (SBN 266326)
kinsogna@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90019

Kirsten Rydstrom (PA I.D. No. 76549)
*pro hac vice*
krydstrom@reedsmith.com
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:     (412) 288-7284

*Attorneys for Defendant, The Coca-Cola Company*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Network Signatures, Inc., | Case No. 8:11-cv-01481 JVS (RNBx) |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| The Coca-Cola Company, | |
| Defendant. | |

**[PROPOSED] ORDER**

# ORDER

Plaintiff Network Signatures, Inc. and Defendant The Coca-Cola Company's Joint Stipulation to dismiss this action in its entirety, WITHOUT prejudice, with each side to bear its own costs, fees, and expenses, is hereby granted.

IT IS SO ORDERED.

Dated: July 10, 2012

_____
Judge James V. Selna